UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINA THOMAS,

    Petitioner,                                             Case No: 18-mc-50025
                                                                   Honorable Victoria A. Roberts

v.

THE STATE OF MICHIGAN DHS,

    Respondent.
_____/

## ORDER DENYING REQUEST TO FILE CASE AND TERMINATING THE ACTION

In this miscellaneous action, Elaina Thomas requests "permission to file new claim/case [sic] in order to discuss and review Michigan Laws" concerning: (1) adoption and transgender rights; (2) parental rights; and (3) the foster care system and child protective services. Thomas's filing does not contain a proposed complaint or any information regarding what her claims or supporting facts are or would be.

Thomas has filed numerous lawsuits in this District, all of which have been dismissed as frivolous and/or for lack of subject matter jurisdiction. *See, e.g.*, *Thomas v. State of Michigan*, No. 15-11165, Dkt. # 6 (E.D. Mich. May 1, 2015) (Leitman, J.) (collecting cases). As a result, this Court has enjoined Thomas from filing any pleadings without first obtaining leave. *See Thomas v. Bailey*, Case No. 12-14558, Dkt. # 9 (E.D. Mich. Nov. 7, 2012) (Friedman, J.) ("Elaina Thomas is enjoined from filing any further correspondence or pleadings ... without first obtaining permission from this Court and providing proof of permission to the Clerk of the Court.").

Because this filing, like Thomas's other filings, is frivolous, and because Thomas fails to include a proposed complaint, the Court **DENIES** Thomas's request to file a new case. This action is **TERMINATED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 10, 2018